UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY | : | CIVIL ACTION NO. 3:19-cv-00330-RNC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY AGENCY, INC., JOHN GUYS, | : | |
| and FAIRFIELD INSURANCE GROUP, LLC, | : | JUNE 24, 2019 |
| Defendants | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Admiral Insurance Company ("Plaintiff"), hereby voluntarily dismisses the above-captioned action in its entirety **without** prejudice. The defendants have not filed a responsive pleading or moved for summary judgment.

                                              PLAINTIFF,
                                              ADMIRAL INSURANCE COMPANY


                                              By    /s/ Andrew L. Baldwin
                                                       Joshua L. Milrad
                                                        Federal Bar No: CT19321
                                                        Andrew L. Baldwin
                                                        Federal Bar No: CT 29171
                                                        Goldberg Segalla LLP
                                                        100 Pearl Street, Suite 1100
                                                        Hartford, CT 06103-4506
                                                        Phone: 860-760-3300
                                                        Fax:    860-760-3313
                                                        abaldwin@goldbergsegalla.com

**CERTIFICATE OF SERVICE**

This is to certify that on June 24, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        By:   */s/ Andrew L. Baldwin*
                                        Andrew L. Baldwin

23301518.v1